# PD-1210-15

NO. _____

COURT OF APPEALS NO. 03-13-00687-CR

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL

SEP 18 2015

Abel Acosta, Clerk

JESUS VILLALOBOS,
Appellant/Petitioner

v.

THE STATE OF TEXAS,
Appellee/Respondent

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

On appeal from the Third Court of Appeals
Austin, Texas

PETITIONER'S MOTION TO SUSPEND RULE 9.3(b)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Jesus Villalobos, Petitioner in the above styled and numbered cause, and moves the Court to suspend Rule 9.3(b) of the Texas Rules of Appellate Procedure. In support of this motion Petitioner would show the Court the following:

I.

Petitioner is currently incarcerated in the Mark W. Michael Unit of the Texas Department of Criminal Justice - Institutional Division in Tennessee Colony, Texas, where he does not have access to a copy machine in which to duplicate his Petition for Discretionary Review.

1

## II.

Rule 9.3(b) states in pertinent part: "[a] party must file the original and 11 copies of any document addressed to...the Court of Criminal Appeals..." **TEX. RULES APP. P. 9.3(b).**

WHEREFORE, PREMISES CONSIDERED, Jesus Villalobos respectfully requests that the Court suspend Rule 9.3(b) in this case and permit him to file only the original of his Petition for Discretionary Review.

Respectfully submitted,

JESUS FLORES VILLALOBOS, JR.
PETITIONER
TDCJ No. 01890616
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served by placing same in the United States Mail, postage prepaid, on the **8th** day of **September, 2015,** addressed to Travis County District Attorney's Office, Rosa Theofanis, P.O. Box 1748, Austin, Texas 78767.

JESUS FLORES VILLALOBOS, JR.

2